UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOO HEUN LEE, | ) | CASE NO. CV 08-07120 JSL (RZ) |
|         Petitioner, | ) ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
|    vs. | ) ) | |
| LARRY SMALL, Warden, | ) ) | |
|         Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 3, 2010

*/s/ Spencer Letts/*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE