UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOO HEUN LEE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>LARRY SMALL, Warden,<br><br>　　　　　Respondent. | CASE NO. CV 08-07120 JSL (RZ)<br><br>JUDGMENT |

　　　　This matter came before the Court on the Petition of JOO HEUN LEE for a writ of habeas corpus. Having reviewed the Petition and supporting and opposing papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

　　　　IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is conditionally granted as to its sole claim for relief. A writ of habeas corpus shall

///

///

///

///

///

///

1  issue, if, within one hundred and twenty (120) days from the date this Judgment becomes
2  final, or 120 days after appellate proceedings have concluded (whichever is later), the State
3  court does not either (1) retry Petitioner on a properly-charged gang enhancement, as
4  permitted by state law, or (2) relieve Petitioner of any sentence enhancement under
5  California Penal Code § 186.22.

7  DATED: June 3, 2010

                                        _____
                                              J. SPENCER LETTS
                                   SENIOR UNITED STATES DISTRICT JUDGE